UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JENNIFER PARKER STANLEY *and* PARKER, INC., *individually and on behalf of all others similarly situated*

Plaintiffs,

-v-

MEDIATION AND CIVIL ARBITRATION, INC. d/b/a RAPIDRULING; ZACHARY MEYER; *and* ANDREW SACHS,

Defendants.

26 Civ. 5088 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

On June 16, 2026, plaintiffs filed this action against defendants AKF, Inc., Alex Shvarts, Mediation and Civil Arbitration, Inc., Zachary Meyer, and Andrew Sachs. Dkt. 1. On July 16, 2026, plaintiffs voluntarily withdrew their claims against AKF, Inc. and Alex Shvarts. Dkt. 16. On July 31, 2026, plaintiffs filed an amended complaint. Dkt. 17. On September 30, 2026, the remaining defendants filed a motion to dismiss the amended complaint under Rules 12(b) and 9(b) of the Federal Rules of Civil Procedure. Dkt. 23. Under Rule 15(a)(2), "a party may amend its pleading . . . with . . . the court's leave."

Accordingly, it is hereby ORDERED that plaintiffs shall file any second amended complaint by October 21, 2026. No further opportunities to amend will ordinarily be granted. If plaintiffs do amend, by November 11, 2026, defendants shall: (1) file an answer; (2) file a new

motion to dismiss; or (3) submit a letter to the Court, copying plaintiffs, stating that they rely on the previously filed motion to dismiss.[1]

It is further ORDERED that if no second amended complaint is filed, plaintiffs shall file any opposition to the motion to dismiss by October 13, 2026. Defendants' reply, if any, shall be filed by October 20, 2026. At the time any reply is filed, the moving party shall supply the Court with two courtesy copies of all motion papers by mailing or delivering them to the Thurgood Marshall United States Courthouse, 40 Centre Street, New York, New York 10007.

SO ORDERED.

Paul A. Engelmayer

PAUL A. ENGELMAYER
United States District Judge

Dated: October 1, 2026
New York, New York

[1] If defendants file a new motion to dismiss or rely on their previous motion, plaintiffs' opposition will be due 14 days thereafter, and defendants' reply, if any, will be due seven days after that.